**EXHIBIT F**

**From:** Benjamin Levites blevites@coughlinbetke.com
**Subject:** Re: CIC Claim #: 4155597 -Norma Pellot v. Dollar Tree Stores, Inc.
**Date:** July 9, 2025 at 9:12 AM
**To:** James, John John_James@CINFIN.com
**Cc:** Kevin O'Leary koleary@coughlinbetke.com

Dear John,

Further to the below, please be advised that the parties have confirmed the second day of mediation with Attorney Robert Hickey of Ryan Ryan Deluca for July 22, 2025, at which counsel for Zephyr will be attending and participating in the mediation.

At yesterday's status conference before Judge Welch, the presiding judge of the Bridgeport Superior Court, the judge did not continue the August 13, 2025 trial date, and set the matter down for another conference July 24, 2025, should the case not resolve at the mediation.

Thus, there is a time sensitivity in this matter. Please advise soonest. I am available to discuss further at your convenience on my mobile, 203-644-4898. Thank you.

Kind regards,
Ben

# BENJAMIN H. LEVITES
## ASSOCIATE

*Admitted in CT and NY
212-653-0380
blevites@coughlinbetke.com
COUGHLIN◦BETKE LLP
Massachusetts | Connecticut | New Hampshire | New York | Rhode Island
Main Office
175 Federal Street | Boston, MA 02110
T. (617) 988-8050 | F. (617) 988-8005




Confidential Transmission
The information contained in this electronic mail is intended for the named recipients only. It may contain privileged and confidential material. Any other distribution, copying or disclosure is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone and delete the original transmission without making a copy.

> On Jul 7, 2025, at 2:17 PM, Benjamin Levites <blevites@coughlinbetke.com> wrote:
>
> Dear John,
>
> Thank you for calling me back so quickly today. Per our conversation please see the enclosed correspondence sent to your colleague Nathan Patterson, together with the Acord certificate of insurance for Policy No.:
> EPP0567788 identifying Dollar Tree Stores, Inc. as an additional insured. I am available to discuss further at your convenience.
>
> Kind regards,
> Ben
>
> # BENJAMIN H. LEVITES
> ## ASSOCIATE
>
> *Admitted in CT and NY
> 212-653-0380
> blevites@coughlinbetke.com
> COUGHLIN◦BETKE LLP
> Massachusetts | Connecticut | New Hampshire | New York | Rhode Island
> Main Office
> 175 Federal Street | Boston, MA 02110

T. (617) 988-8050 | F. (617) 988-8005




**Confidential Transmission**

The information contained in this electronic mail is intended for the named recipients only. It may contain privileged and confidential material. Any other distribution, copying or disclosure is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone and delete the original transmission without making a copy.

On Jul 7, 2025, at 10:18 AM, James, John <John_James@CINFIN.com> wrote:

 **IRONSCALES couldn't recognize this email as this is the first time you received an email from this sender John_James@CINFIN.com**

Mr. Levites,

Please see Cincinnati Insurance's response to your letter of July 1, 2025.

Best Regards,

**John James | CPCU, MBA, AAI, AIC, AIC-M, AIDA, AIM, AINS, AIT, AIS, SCLA**
Casualty Litigation Specialist IV – Mid Atlantic Region
Cincinnati Insurance
P. O. Box 145496, Cincinnati, OH 45250-5496
Ph: 513-973-3469

**Confidentiality notice:** *The information included in this email, including any attachments, is for the sole use of the intended recipient and may contain information that is confidential and protected. Any unauthorized review, use, disclosure, distribution or similar action is prohibited. If you are not the intended recipient, please contact the sender and delete all copies of the original message immediately. For additional information on our privacy policies, including state specific information, please visit our privacy policy.*

<Cl 4155597 .docx>

Zephyr-DollarTree-22-23.pdf
16 KB


Letter to N. Patterson.pdf
