UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLLAR TREE STORES, INC. | : | CIVIL ACTION NO.: |
| | : | 3:25-cv-01340-VAB |
| *Plaintiff*, | : | |
| v. | : | |
| CINCINNATI INSURANCE COMPANY | : | |
| *Defendant*. | : | OCTOBER 14, 2025 |

## CINCINNATI INSURANCE COMPANY'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND

Pursuant to Rule 6(b) of the Federal Rules Civil Procedure and Rule 7(b) of the District of Connecticut Local Rules of Civil Procedure, the undersigned counsel of record for Defendant Cincinnati Insurance Company ("CIC") respectfully requests an extension of time of thirty (30) days, through and including November 16, 2024, within which to answer or otherwise respond to Plaintiff Dollar Tree Stores, Inc's ("Plaintiff") Complaint. In support of this Motion, CIC avers as follows:

1. Plaintiff filed its Complaint in this action on August 20, 2025.

2. Plaintiff served the Complaint on CIC on August 29, 2025 and, accordingly, the Court set CICs responsive pleading deadline as September 19, 2025.

3. Earlier, on August 11, 2025, CIC filed an action captioned *The Cincinnati Insurance Company v. Dollar Tree Stores, Inc., et al.*, Case No. 25CV217553, in the Ohio Court of Common Pleas for Lorain County, Ohio (the "Ohio Action") involving substantively identical issues to this action.

4. Plaintiff is one of the defendants in the Ohio Action and was served with the complaint in the Ohio Action on August 15, 2025.

5. On September 12, 2025, Plaintiff removed the Ohio Action to the United State District Court for the Northern District of Ohio, where it was assigned docket number 1:25-cv-01926-DAP.

6. On September 19, 2025, Plaintiff filed a Motion to Dismiss, Stay, or Transfer the Ohio Action in which Plaintiff argued, among other things, that the Ohio Action should be stayed and/or transferred to this Court. *See* Ohio Action, ECF No. 8.

7. On September 30, 2025, CIC filed a Motion to Remand the Ohio Action to the Ohio Court of Common Pleas for Lorain County, Ohio on grounds that the United States District Court for the District of Ohio lacks subject matter jurisdiction over the Ohio Action. *Id.* at ECF No. 10.

8. The Court in the Ohio Action has not decided either motion.

9. Whether the Ohio Action remains in the United States District Court for the Northern District of Ohio, is remanded to the Ohio Court of Common Pleas for Lorain County, or is stayed/transferred to this Court will have a substantive impact on CIC's responsive pleading to Plaintiff's Complaint in this Action.

10. Accordingly, CIC respectfully requests an extension of its responsive pleading deadline in this Action in light of the motion practice in the Ohio Action.

11. Undersigned counsel contacted Plaintiff's counsel by email and telephone on October 14, 2025 to request consent to a thirty (30) day extension of time to file a responsive pleading in light of the foregoing motion practice pending in the Ohio Action. Plaintiff's counsel consented to the extension.

12. CIC files this motion for extension of time three (3) business days before the current responsive pleading deadline in accordance with Rule 7(b) of the District of Connecticut Local Rules of Civil Procedure.

13. This is CIC's second such motion for an extension of time.

WHEREFORE, CIC respectfully requests that, for good cause shown, this Court issue an order extending the deadline within which CIC must answer or otherwise respond to Plaintiff's Complaint by thirty (30) days, through and including November 16, 2025.

**DEFENDANT,**

**CINCINNATI INSURANCE COMPANY**

*/s/ Anthony J. Biraglia*
Melicent B. Thompson, Esq. (ct19868)
Anthony J. Biraglia, Esq. (ct31795)
977 Farmington Ave., Suite 200
West Hartford, CT 06107
Tel. (860)760-8400
Fax. (860)760-8401
mthompson@gllawgroup.com
abiraglia@gllawgroup.com

**CERTIFICATION OF SERVICE**

    I hereby certify that on this 14th day of October, 2025, a copy of the foregoing was electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                              */s/ Anthony J. Biraglia*
                                                              Anthony J. Biraglia, Esq., ct31795