UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLLAR TREE STORES, INC. | : | CIVIL ACTION NO.: |
| | : | 3:25-cv-01340-VAB |
| *Plaintiff*, | : | |
| v. | : | |
| CINCINNATI INSURANCE COMPANY | : | |
| *Defendant*. | : | NOVEMBER 12, 2025 |

**JOINT MOTION FOR EXTENSION OF TIME TO PLEAD AND TO FILE FEDERAL RULE OF CIVIL PROCEDURE 26(f) REPORT**

Pursuant to Rule 6(b) of the Federal Rules Civil Procedure and Rule 7(b) of the District of Connecticut Local Rules of Civil Procedure, the undersigned counsel of record for Plaintiff Dollar Tree Stores, Inc. ("Plaintiff") and Defendant Cincinnati Insurance Company ("CIC") respectfully request an extension of time through and including January 15, 2026 for CIC to file a responsive pleading and for the parties to file a report of their Federal Rule of Civil Procedure 26(f) conference. In support of this Motion, the parties aver as follows:

1. Plaintiff filed its Complaint in this action on August 20, 2025.

2. Plaintiff served the Complaint on CIC on August 29, 2025 and, accordingly, the Court set CICs initial responsive pleading deadline as September 19, 2025.

3. Earlier, on August 11, 2025, CIC filed an action captioned *The Cincinnati Insurance Company v. Dollar Tree Stores, Inc., et al.*, Case No. 25CV217553, in the Ohio Court of Common Pleas for Lorain County, Ohio (the "Ohio Action") concerning the same coverage dispute as this action.

4. Plaintiff is one of the defendants in the Ohio Action and was served with the complaint in the Ohio Action on August 15, 2025.

5. On September 12, 2025, Plaintiff removed the Ohio Action to the United State District Court for the Northern District of Ohio, where it was assigned docket number 1:25-cv-01926-DAP.

6. On September 19, 2025, Plaintiff filed a Motion to Dismiss, Stay, or Transfer the Ohio Action in which Plaintiff argued, among other things, that the Ohio Action should be stayed and/or transferred to this Court. *See* Ohio Action, ECF No. 8.

7. On September 30, 2025, CIC filed a Motion to Remand the Ohio Action to the Ohio Court of Common Pleas for Lorain County, Ohio on grounds that the United States District Court for the District of Ohio lacks subject matter jurisdiction over the Ohio Action. *Id.* at ECF No. 10.

8. The Court in the Ohio Action has not decided either motion.

9. The Court previously granted motions for extensions of time to plead and to file a report with the Court of their Federal Rule of Civil Procedure 26(f) conference given the potential effect of a decision on the motions in the Ohio Action on the pleadings in this action. ECF Nos. 15, 17, 19.

10. The current pleading deadline is November 15, 2025 (meaning that a responsive pleading is due on November 17, 2025 pursuant to Federal Rule of Civil Procedure 6 as November 15, 2025 is a Saturday) and the current deadline to file a report with the Court of the parties' Federal Rule of Civil Procedure 26(f) is November 23, 2025 (meaning that the report is due on November 24, 2025 pursuant to Federal Rule of Civil Procedure 6 as November 15, 2025 is a Sunday).

11. The underlying action upon which the coverage dispute in the Ohio Action and this action rests, *Pellot v. Dollar Tree Stores, Inc.*, Case No. FBT-CV22-6118553-S, pending in the

Connecticut Superior Court for the Judicial District of Bridgeport, settled on or about November 10, 2025.

12. Given the settlement, the parties wish to conduct settlement negotiations to determine whether their dispute can be resolved.

13. Accordingly, the parties believe that it would conserve their resources, as well as the Court's resources, to extend the deadline for CIC to file a responsive pleading and for the parties to file with the Court a report of their Federal Rule of Civil Procedure 26(f) conference to January 15, 2026.

14. The parties submit that, for the foregoing reasons, there is good cause for the Court to grant this motion for extension time.

15. This is the parties' second motion for an extension of time to file the report of their Federal Rule of Civil Procedure 26(f) conference and third motion to extend the responsive pleading deadline.

WHEREFORE, the parties respectfully request that, for good cause shown, this Court issue an order extending the deadline for CIC to file a responsive pleading and for the parties to file with the Court a report of their Federal Rule of Civil Procedure 26(f) conference to January 15, 2026.

**PLAINTIFF,**

**DOLLAR TREE STORES, INC.**

*/s/ Benjamin H. Levites*
Kevin J. O'Leary, Esq. (ct30271)
Benjamin H. Levites, Esq. (ct30481)
175 Federal Street
Boston, MA 02110
617-988-8050
koleary@coughlinbetke.com
blevites@coughlinbetke.com

DEFENDANT,

CINCINNATI INSURANCE COMPANY

*/s/ Anthony J. Biraglia*
Melicent B. Thompson, Esq. (ct19868)
Anthony J. Biraglia, Esq. (ct31795)
977 Farmington Ave., Suite 200
West Hartford, CT 06107
Tel. (860)760-8400
Fax. (860)760-8401
mthompson@gllawgroup.com
abiraglia@gllawgroup.com

## CERTIFICATION OF SERVICE

I hereby certify that on this 12th day of November, 2025, a copy of the foregoing was electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Anthony J. Biraglia*
Anthony J. Biraglia, Esq., ct31795
