UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLLAR TREE STORES, INC. | : | CIVIL ACTION NO.: |
| | : | 3:25-cv-01340-VAB |
| *Plaintiff*, | : | |
| v. | : | |
| CINCINNATI INSURANCE COMPANY | : | |
| *Defendant*. | : | JANUARY 12, 2025 |

### CINCINNATI INSURANCE COMPANY'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND FOR THE PARTIES TO FILE THE REPORT OF THE PARTIES' PLANNING MEETING UNDER FRCP 26(F)

Pursuant to Rule 6(b) of the Federal Rules Civil Procedure and Rule 7(b) of the District of Connecticut Local Rules of Civil Procedure, Defendant Cincinnati Insurance Company ("CIC") respectfully requests an extension of time of fourteen (14) days, through and including January 29, 2026, within which to respond to Plaintiff Dollar Tree Stores, Inc.'s ("Plaintiff") Complaint and for the parties to file their Report of the Parties' Planning Meeting under FRCP 26(f) (hereinafter, "26(f) report"). Currently, both the 26(f) report and Cincinnati's response to the Complaint are due to be filed by January 15, 2026.

Cincinnati requests the additional short extension because the parties participated in mediation today with Judge Berger (ret.) and made substantial progress, but did not reach a final agreement. The additional time may allow them to reach final resolution and if not, will allow them necessary time to complete the 26(f) process and for Cincinnati to prepare its response to the Complaint.

In support of this Motion, CIC avers as follows:

1. Plaintiff filed its Complaint in this action on August 20, 2025.

2. The parties either jointly, or on consent, previously moved for extensions of time to plead and file the 26(f) report in order to allow additional time to determine whether this insurance coverage dispute would proceed in this Court or in Ohio courts. The Ohio action was dismissed and the litigation therefore has proceeded in this Court.

3. The Court also previously granted a joint motion for extension of time to plead and to file the 26(f) report due to the parties' desire to explore resolution of this coverage matter after the settlement of the underlying action, *Pellot v. Dollar Tree Stores, Inc.*, Case No. FBT-CV22-6118553-S in November 2025.

4. After today's mediation ended, Plaintiff was asked to join in this Motion but would not consent today, instead indicating it would provide an answer as to whether it would join in or consent to this Motion tomorrow.

5. However, CIC wishes to seek the requested extension in compliance with the requirement under L.R. 7(b) that motions for extension of time be filed at least three (3) business days prior to the deadline sought to be extended, in this case, January 15, 2026.

6. There is good cause for requesting the current short extension as the parties participated in a mediation this afternoon and made substantial progress, with the potential to reach a final resolution in the next ten to fourteen days. Accordingly, CIC has requested only a fourteen (14) day extension in order to allow both parties to avoid incurring potentially unnecessary additional legal costs while they continue to explore resolution.

7. This is the first such motion for an extension of time CIC has unilaterally filed. CIC has filed four previous motions for extension of time to extend the responsive pleading

deadline with either with consent of Plaintiff or jointly with Plaintiff. CIC has filed two previous motions for extension of time to file the report of their Federal Rule of Civil Procedure 26(f) conference jointly with Plaintiff.

WHEREFORE, CIC respectfully requests that, for good cause shown, this Court issue an order extending by fourteen (14) days the deadlines for CIC to respond to Plaintiff's Complaint and for the parties to file their 26(f) report through and including January 29, 2026.

**DEFENDANT,
CINCINNATI INSURANCE COMPANY**

*/s/ Melicent B. Thompson*
Melicent B. Thompson, Esq. (ct19868)
977 Farmington Ave., Suite 200
West Hartford, CT 06107
Tel. (860)760-8400
Fax. (860)760-8401
mthompson@gllawgroup.com

## CERTIFICATION OF SERVICE

I hereby certify that on this 12th day of January 2026, a copy of the foregoing was electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Melicent B. Thompson*
Melicent B. Thompson ct19868